464 A.2d 532

Cunningham, Appellant v. Brown, et al.

Appeal Granted and Judgment Reversed Dec. 29, 1983.

Submitted May 3, 1983. Nino V. Tinari, for appellant; Francis M. Milone, for appellees.

Before CERCONE, P.J., McEWEN and MONTGOMERY, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Stanley M. Greenberg is affirmed.